

VANDENBERG & FELIU
LLP

ATTORNEYS AT LAW

Debra Kobrin Levy
dkobrin@vanfeliu.com

December 10, 2015

<u>Via ECF</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

   Re: Villalva-Estrada v. SXB Restaurant Corp. d/b/a Il Tinello and Xhevat Gocaj
     <u>Civil Action No. 14-cv-10011 (AJN)</u>

Your Honor,

  We represent Defendants SXB Restaurant Corp. and Xhevat Gocaj in the above-referenced matter. We write on behalf of all parties, pursuant to the Court's Individual Rules to inform the Court that the matter has settled and there is no need for the Court to rule on the motion for conditional certification which is *sub judice*.

  In light of the fact that this case involves an FLSA claim, we respectfully request a conference to discuss the Court's required procedure to gain approval of the settlement.

  Thank you for Your Honor's attention to this matter.

        Respectfully Submitted,

        Debra Kobrin Levy

cc: Law Office of Justin A. Zeller, P.C. (via ecf)