# EXHIBIT F

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORIBERTO VILLALVA-ESTRADA, individually and in behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>    –against–<br><br>SXB RESTAURANT CORP. d/b/a IL TINELLO and XHEVAT GOCAJ, jointly and severally,<br><br>      Defendants. | 14 CV 10011 (AJN) (KNF) |

## AMENDED INITIAL DISCLOSURE

  The plaintiff makes the following initial disclosure to the defendants pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**A. NAME, IF KNOWN, ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION PLAINTIFF MAY USE TO SUPPORT CLAIMS OR DEFENSES UNLESS SOLELY FOR IMPEACHMENT**

  1. The plaintiff Floriberto Villalva-Estrada, 1703 LEXINGTON AVE, APT 1R, NEW YORK, NY  10029-3972, 1-347-493-6693. Communication with the plaintiff only through attorneys for the plaintiff. The above named individual has knowledge regarding the amount of hours the plaintiff worked for the defendants and amounts paid by the defendants, and information pertaining to the defendants' failure to comply with federal and New York labor laws.

  2. The defendant Xhevat Gocaj, 703 HOLLYWOOD AVE FL 2, BRONX, NY  10465-2303, telephone number unknown. The above named individual has knowledge regarding the amount of hours the plaintiff worked for the defendants and amounts paid by the defendants, and

1

information pertaining to the defendants' failure to comply with federal and New York labor laws.

3. Chuchin; full name, address, and telephone number unknown. The above named individual has knowledge regarding the amount of hours the plaintiff worked for the defendants and amounts paid by the defendants, and information pertaining to the defendants' failure to comply with federal and New York labor laws.

4. Flaco; full name, address, and telephone number unknown. The above named individual has knowledge regarding the amount of hours the plaintiff worked for the defendants and amounts paid by the defendants, and information pertaining to the defendants' failure to comply with federal and New York labor laws.

### B. COPY OF OR DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY OR CONTROL OF PLAINTIFF AND WHICH PLAINTIFF MAY USE TO SUPPORT CLAIMS OR DEFENSES, UNLESS SOLELY FOR IMPEACHMENT

The plaintiff identifies the following categories of documents upon which the plaintiff intends to rely to support the plaintiff's claims: paystubs.

### C. COMPUTATION OF PLAINTIFF'S DAMAGES

Tables 1 and 2 are a computation of the plaintiff's damages. Additionally, the plaintiff is entitled to prejudgment interest at a rate of 9% per annum.

**Table 1: Detailed Computation of Plaintiff's Damages**

**Minimum Wage**

| Period start | Period end | Weeks | Total hours per week | Effective hourly rate | Minimum wage | Minimum wage owed per hour | Minimum wage owed per week | Total minimum wage owed | Total with liquidated damages |
|---|---|---|---|---|---|---|---|---|---|
| 4/1/2014 | 10/4/2014 | 27 | 69 | $7.68 | $8.00 | $0.32 | $22.00 | $587.71 | $1,763.14 |

**Overtime**

| Period start | Period end | Weeks | Total hours per week | Overtime hours per week | Greater of regular rate or minimum wage | Half-time rate | Overtime owed per week | Total overtime owed | Total with liquidated damages |
|---|---|---|---|---|---|---|---|---|---|
| 4/1/2014 | 10/4/2014 | 27 | 69 | 29 | $8.00 | $4.00 | $116.00 | $3,098.86 | $9,296.57 |

**Spread of Hours**

| Period start | Period end | Weeks | Days worked spread of hours over ten | Applicable minimum wage | Total spread of hours owed per week | Total spread of hours owed | Total actual and liquidated damages |
|---|---|---|---|---|---|---|---|
| 4/1/2014 | 10/4/2014 | 27 | 6 | $8.00 | $48.00 | $1,282.29 | $2,564.57 |

**Failure to Furnish Notice and Acknowledgment**

| Period start | Period end | Weeks | Statutory damages per week | Total statutory damages |
|---|---|---|---|---|
| 4/1/2014 | 10/4/2014 | 27 | $50.00 | $1,350.00 |

**Failure to Furnish Wage Statement**

| Period start | Period end | Weeks | Statutory damages per week | Total statutory damages |
|---|---|---|---|---|
| 4/1/2014 | 10/4/2014 | 27 | $100.00 | $2,500.00 |

**Table 2: Totals of Computation of Plaintiff's Damages**

| | |
|---|---|
| **Total actual damages** | $4,968.86 |
| **Total all damages** | $17,474.29 |

D.  **ABILITY TO COPY AND INSPECT CONTENTS OF PERTINENT INSURANCE AGREEMENT**

The plaintiff is unaware of any insurance agreements that may concern the plaintiff's claims.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

X_____

By:
John M. Gurrieri
jmgurrieri@zellerlegal.com

X_____

Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Dated: New York, New York        Facsimile: (212) 229-2246
       January 15, 2016          **ATTORNEYS FOR PLAINTIFF**

4